IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY DENARD, | No C-08-4887 VRW (PR) |
|     Petitioner, | |
|       v | ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME TO FILE TRAVERSE |
| D K SISTO, WARDEN, | |
|     Respondent. | (Doc #11) |

    Good cause appearing, petitioner's request for an extension of time to file a traverse is GRANTED. Petitioner shall file a traverse by no later than September 21, 2009. Absent good cause shown, no further extensions of time will be granted.

    The clerk shall terminate the motion in docket number 11.

    IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

C:\Documents and Settings\USDC\Local Settings\Temp\notes56FD74\Denard-08-4887-eot1-traverse.wpd